8/17/21

Re: Brown v. FBI Case No. 1:21-cv-01639-UNA

Dear Clerk of Court: This is to notify you of a change of address for Plaintiff. The new address is:

Gary Sebastian Brown III
R# 22477610
Santiam Correctional Institute
4005 Aumsville Hwy. SE
Salem, OR
97317

Sincerely,

Gary Sebastian Brown III

RECEIVED
Mail Room
AUG 23 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia