```
1  Gary Sebastian Brown III
2  SID# 22477610
3  Santiam Correctional Institute
4  4005 Aumsville Hwy. SE
5  Salem, Or
6  97317
7
8
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY SEBASTIAN BROWN III | Case No. 1:21-cv-01639-UNA |
| Plaintiff, | |
| Vs. | |
| THE FEDERAL BUREAU OF INVESTIGATION, | **Notice of Change of Address** |
| Defendant. | |

## NOTICE OF CHANGE OF ADDRESS

Plaintiff's new address shall be 930 N. 2nd St. Apt. #32, Silverton, OR, 97381, effective October 7th, 2021. Plaintiff has not obtained a phone number as of yet.



PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS Page **1** of **2**

1  Dated this 27th day of September, 2021.

2  Respectfully Submitted,
3
4  *Gary Sebastian Brown III* (signature)
5  Plaintiff, Verified Signature
6
7  Gary Sebastian Brown III
8  SID # 22477610
9  Santiam Correctional Institute
10 4005 Aumsville Hwy. SE
11 Salem, Or
12 97317